158

989 A.2d 254

IN THE MATTER OF DANIEL J. FOX, AN ATTORNEY AT LAW.

February 1, 2010.

## ORDER

**DANIEL J. FOX** of **ORANGE,** who was admitted to the bar of this State in 1986, having pleaded guilty in the United States District Court for the District of New Jersey to a one-count Information charging him with making a false, fictitious and fraudulent statement to the Department of Housing and Urban Development, in violation of 18 *U.S.C* § 1001, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **DANIEL J. FOX** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **DANIEL J. FOX** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **DANIEL J. FOX** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.